# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-00539-JVS-DFM | Date | October 21, 2025 |
| Title | Erika Ramos v. EyeBuyDirect, Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order to Show Cause re. Rule 11 Sanctions

On September 10, 2025, Defendant EyeBuyDirect, Inc. ("EyeBuyDirect") filed a motion to reconsider the Court's August 27, 2025 order, (Order, Dkt. No. 34), denying its motion to strike and denying in part its motion to dismiss, (Mot., Dkt. No. 35). In the alternative, EyeBuyDirect requests that the Court certify its Order for interlocutory appeal. (Id. at 2.) Plaintiff Erika Ramos ("Ramos") opposes the motion. (Opp'n, Dkt. No. 40.) EyeBuyDirect replied. (Reply, Dkt. No. 42.)

In reviewing the EyeBuyDirect's memorandum in support of its motion, the Court found five separate instances where EyeBuyDirect misquotes material that it represented to be direct quotations. (See Mem. in Supp. ("Memo"), Dkt. No. 35-1, at 3–4.) This includes twice misquoting the Court's own Order for which it seeks reconsideration. (Id. at 3.) In another example, EyeBuyDirect makes a direct quotation of Hatfield v. Halifax PLC, purporting to state that "enforcing a shorter statute of limitations period is not contrary to California policy" when, in fact, Hatfield was applying another jurisdiction's *longer* statute of limitations to the case at hand. (Memo at 4); see Hatfield, 564 F.3d 1177, 1183 (9th Cir. 2009).

The Court orders EyeBuyDirect and its counsel to show cause why they should not be sanctioned for misrepresenting direct quotations in EyeBuyDirect's Memorandum in Support of Motion for Reconsideration. Each signatory to the memo shall appear personally before the Court. A written response shall be filed not later than noon October 24, 2025. The matter will be heard at 1:30 p.m. on October 27, 2025.

**IT IS SO ORDERED.**